**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01441-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01024-2014**

## ORDER

Before the Court is the Motion to Dismiss for Lack of Jurisdiction and Motion to Strike Plaintiff's Amendment to Notice of Appeal filed on January 5, 2015 by appellees Medical Center of Plano, Cynthia Carter, RN, Anne W. Handley, RN, and Ray Delgadillo, RT. By opinion dated January 6, 2015, the Court granted the motion to dismiss previously filed on December 12, 2014 by appellees Alireza Zafarmand Atef, M.D. And Salman Waheed, M.D. Accordingly, we **DENY** as moot Medical Center of Plano, Cynthia Carter, RN, Anne W. Handley, RN, and Ray Delgadillo, RT's January 5, 2015 Motion to Dismiss for Lack of Jurisdiction and Motion to Strike Plaintiff's Amendment to Notice of Appeal.

/s/     ELIZABETH LANG-MIERS
         JUSTICE